WAYNE C. POMANOWSKI v. MONMOUTH COUNTY BD.
OF REALTORS.

May 1, 1979.  Petition for certification denied. (See 166 *N.J.
Super.* 269)

WAYNE C. POMANOWSKI v. MONMOUTH COUNTY BD.
OF REALTORS.

May 1, 1979.  Cross-Petition for certification denied.  (See 166
*N.J.Super.* 269)

DAVANNE REALTY CO.

v.

MAYOR & TOWNSHIP COMMITTEE OF THE TWP.
OF MONTVILLE.

May 1, 1979.  Petition for certification denied.

JOHN B. CLARK & JOHN TOMASIN v. ANTHONY M. DEFINO.

May 2, 1979.  Petition for certification granted.  (See 80 *N.J.*
539)

IN THE MATTER OF THE ESTATE OF NIKITA BLACK,
A MINOR.

May 11, 1979.  Petition for certification is dismissed as having
been improvidently granted.  (See 78 *N.J.* 40)